# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Rashad Richardson
                          Plaintiff,

v.                                                    Case No.: 1:25−cv−00837
                                                            Honorable Charles P. Kocoras

Mario Fuentes, et al.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 3, 2025:

      MINUTE entry before the Honorable Charles P. Kocoras: Defendant Cook County State's Attorney Eileen O'Neill Burke's Motion to Dismiss [33] is granted. Count VIII of Plaintiff Rashad Richardson's Complaint is dismissed without prejudice. See Statement. Mailed notice. (sxh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.