**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| Rashad Richardson,  Plaintiff  v.  Mario Fuentes, Nic Tohatan, and Brandon Renault, in their personal capacities and Eileen O'Neill Burke in her Official Capacity,  Defendants. | Judge: Honorable Charles P. Kocoras  Magistrate: M. David Weisman  Civil Docket No. **1:25-cv-00837**  Jury Trial Demanded  February 11, 2026 |

**JOINT STATUS REPORT ON SETTLEMENT**

NOW COMES Plaintiff, RASHAD RICHARDSON, via his attorneys, VILLALOBOS & ASSOCIATES, and Defendants MARIO FUENTES and NIC TOHATAN, via their attorneys, JOHNSON & BELL, to submit the following Joint Status Report:

1. Plaintiff and Defendants Fuentes and Tohatan have reached an agreement in principle on settlement.

2. Due to Defendant Renault being deceased, the parties have been delayed in finalizing the settlement.

3. Plaintiff's Counsel and Counsel for the remaining Defendants anticipate resolving this issue and updating the Court before Friday, February 13, 2026.

Respectfully submitted,

By:*/s/Mark Villalobos*
One of Plaintiffs' Attorneys
Villalobos & Associates
1620 W 18th Street
Chicago, IL 60608
312-666-9982
INFO@VILLALOBOSLAW.COM

By:*/s/Brian P. Gainer*
One of Defendants' Attorneys
Johnson & Bell
33 W. Monroe St.
Suite 2700
Chicago, IL 60603
(312) 372-0770
gainerb@jbltd.com

1